# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
LAWLOR, PATRICIA ELIZABETH § Case No. 10-35106
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/16/2011 in Courtroom 742,

United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: Kenneth S. Gardner_____
                                                    Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
LAWLOR, PATRICIA ELIZABETH § Case No. 10-35106
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,768.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 3,768.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 942.00 | $ 0.00 | $ 942.00 |
| Trustee Expenses: Phillip D. Levey | $ 11.33 | $ 0.00 | $ 11.33 |
| Total to be paid for chapter 7 administrative expenses | | | $ 953.33 |
| Remaining Balance | | | $ 2,814.67 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,118.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 7,471.89 | $ 0.00 | $ 2,590.50 |
| 000002 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 646.57 | $ 0.00 | $ 224.17 |

Total to be paid to timely general unsecured creditors   $   2,814.67

Remaining Balance   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid <u>pro</u> <u>rata</u> only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/Phillip D. Levey
                       Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                       United States Bankruptcy Court
                       Northern District of Illinois
```

In re:                                                              Case No. 10-35106-CAD
Patricia Elizabeth Lawlor                                           Chapter 7
       Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: cmendoza1              Page 1 of 1            Date Rcvd: Jul 14, 2011
                              Form ID: pdf006              Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2011.
db           +Patricia Elizabeth Lawlor,    8912 W 140th Street,    APT# 1M,   Orland Park, IL 60462-9227
aty          +Salvador Gutierrez,    Geraci Law L.L.C.,    55 E. Monroe St. Suite #3400,    Chicago, IL 60603-5920
tr           +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
15958739     +AMEX,   Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
16783705      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15958742     +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
15958743     +Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,    Richmond, VA 23285-5520
16590734      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15958733     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
15958734     +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
15958740     +GEMB/QVC,   Attn: Bankruptcy Dept.,    Po Box 971402,    El Paso, TX 79997-1402
15958741     +Target NB,    Attn: Bankruptcy Dept.,    Po Box 673,    Minneapolis, MN 55440-0673
15958735     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
15958738     +WFCB/HSN,   Attn: Bankruptcy Dept.,    995 W 122Nd Ave,    Westminster, CO 80234-3417
15958736     +Wfnnb/Roamans,    Attn: Bankruptcy Dept.,    Po Box 182121,    Columbus, OH 43218-2121
15958737     +Wfnnb/Woman/Within,    Attn: Bankruptcy Dept.,    4590 E Broad St,    Columbus, OH 43213-1301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 16, 2011**          **Signature:** *Joseph Speetjens*