# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LAWLOR, PATRICIA ELIZABETH | § | Case No. 10-35106 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Phillip D. Levey_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | [x] None |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 AMEX Attn: Bankruptcy Dept. Po Box 297871 Fort Lauderdale FL 33329 | | | | | |
| | 10 Wfnnb/Roamans Attn: Bankruptcy Dept. Po Box 182121 Columbus OH 43218 | | | | | |
| | 11 Wfnnb/Woman/Within Attn: Bankruptcy Dept. 4590 E Broad St Columbus OH 43213 | | | | | |
| | 2 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| | 3 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 4 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 5 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 6 GEMB/QVC Attn: Bankruptcy Dept. Po Box 971402 El Paso TX 79997 | | | | | |
| | 7 Target NB Attn: Bankruptcy Dept. Po Box 673 Minneapolis MN 55440 | | | | | |
| | 8 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 9 WFCB/HSN Attn: Bankruptcy Dept. 995 W 122Nd Ave Westminster CO 80234 | | | | | |
| 000002 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-35106 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | LAWLOR, PATRICIA ELIZABETH | | | Date Filed (f) or Converted (c): | 08/05/10 (f) |
| | | | | 341(a) Meeting Date: | 10/01/10 |
| For Period Ending: | 06/30/11 | | | Claims Bar Date: | 03/10/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Charter One checking account xxx1506   Debtor Claimed Exemption | 5.00 | 0.00 | DA | 0.00 | FA |
| 2. MB Financial checking account xxx1117 (joint with   Debtor Claimed Exemption | 5.00 | 0.00 | DA | 0.00 | FA |
| 3. Household Goods; tv, vcr, stereo, couch, utensils,   Debtor Claimed Exemption | 500.00 | 0.00 | DA | 0.00 | FA |
| 4. Books, Compact Discs, Tapes/Records, Family Pictur   Debtor Claimed Exemption | 40.00 | 0.00 | DA | 0.00 | FA |
| 5. Necessary wearing apparel.   Debtor Claimed Exemption | 50.00 | 0.00 | DA | 0.00 | FA |
| 6. Earrings, watch, costume jewelry   Debtor Claimed Exemption | 45.00 | 0.00 | DA | 0.00 | FA |
| 7. Whole Life Insurance   Debtor Claimed Exemption | 7,213.00 | 3,768.00 | | 3,768.00 | FA |
| 8. 2001 Ford Taurus with 75,000 miles | 1,700.00 | 600.00 | DA | 0.00 | FA |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $9,558.00 | $4,368.00 | $3,768.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/30/11       Current Projected Date of Final Report (TFR): 11/30/11

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-35106 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | LAWLOR, PATRICIA ELIZABETH | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5889  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0057 | | | |
| For Period Ending: | 11/04/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/24/11 | 7 | Patricia Lawlor | Turnover | 1129-000 | 3,768.00 | | 3,768.00 |
| 07/29/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,768.03 |
| 08/16/11 | 9 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 3,768.05 |
| t 08/16/11 | | Transfer to Acct #*******5928 | Final Posting Transfer | 9999-000 | | 3,768.05 | 0.00 |

|  |  | COLUMN TOTALS | 3,768.05 | 3,768.05 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | 0.00 | 3,768.05 | |
| * Reversed | | Subtotal | 3,768.05 | 0.00 | |
| t Funds Transfer | | Less: Payments to Debtors | | 0.00 | |
|  |  | Net | 3,768.05 | 0.00 | |

Page Subtotals     3,768.05     3,768.05

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-35106 -CAD | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | LAWLOR, PATRICIA ELIZABETH | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5928 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0057 | | | |
| For Period Ending: | 11/04/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| t 08/16/11 | | Transfer from Acct #*******5889 | Transfer In From MMA Account | 9999-000 | 3,768.05 | | 3,768.05 |
| 08/21/11 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL  60614 | Chapter 7 Compensation/Fees | 2100-000 | | 942.01 | 2,826.04 |
| 08/21/11 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL  60614 | Chapter 7 Expenses | 2200-000 | | 11.33 | 2,814.71 |
| 08/21/11 | 000103 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000001, Payment 34.67048% | 7100-000 | | 2,590.54 | 224.17 |
| 08/21/11 | 000104 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000002, Payment 34.67065%<br>(2-1) CREDIT CARD DEBT | 7100-000 | | 224.17 | 0.00 |

\* Reversed
t Funds Transfer

|  | COLUMN TOTALS | 3,768.05 | 3,768.05 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 3,768.05 | 0.00 | |
| | Subtotal | 0.00 | 3,768.05 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 3,768.05 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******5889) | 3,768.05 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - *******5928) | 0.00 | 3,768.05 | 0.00 |
| | 3,768.05 | 3,768.05 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    3,768.05    3,768.05

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-35106 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | LAWLOR, PATRICIA ELIZABETH | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5928 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0057 | | |
| For Period Ending: | 11/04/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - ********5889
Checking Account (Non-Interest Earn - ********5928

Page Subtotals  0.00  0.00

Ver: 16.04e

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*